# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LEE WHITMAN, | : | Civil No. 1:20-CV-1452 |
| Petitioner, | : | |
| v. | : | |
| LEBANON COUNTY ADMINISTRATION, *et al.*, | : | |
| | : | Judge Jennifer P. Wilson |
| Respondents. | | |

## ORDER

**AND NOW**, on this 4th day of November, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed *in forma pauperis*, Doc. 4, is granted.

2. Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, Doc. 1, is dismissed without prejudice.

3. A certificate of appealability in this matter is denied.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania